

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NEM
F. #2020R00098

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

__X__ FILED ___ ENTERED
____ LOGGED ____ RECEIVED

May 14, 2020

**11:25 am, May 14 2020**
AT BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY ___crp_____Deputy

By E-mail

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Marlon Saracay-Lopez, et al.
      Criminal Docket No. 20-350

Dear Judge Levy:

  The government respectfully moves for an order unsealing the complaint and arrest warrants in the above-captioned matter.

           Respectfully submitted,

           RICHARD P. DONOGHUE
           United States Attorney

        By:   /s/
           Nadia E. Moore
           Assistant U.S. Attorney
           (718) 254-6362

Enclosure

cc: Clerk of Court (by ECF)