NEM
F.# 2020R00098

X___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

**11:26 am, May 14 2020**
AT BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY ___crp___ Deputy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MARLON SARACAY-LOPEZ,
      also known as "Plocky,"
EMERSON MARTINEZ-LARA,
      also known as "Fugitivo,"
VICTOR RAMIREZ,
      also known as "Frijolito," and
ISMAEL SANTOS-NOVOA,
      also known as "Profe" and "Travieso"


              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

20-MJ-350

      Upon the application of RICHARD P. DONOGHUE, United States Attorney

for the Eastern District of New York, by Assistant United States Attorney Nadia E. Moore, for

an order unsealing the complaint and arrest warrants in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrants in the above-

captioned matter be unsealed.

Dated:   Brooklyn, New York
     _May 14_, 2020

                               _____
                               HONORABLE ROBERT M. LEVY
                               UNITED STATES MAGISTRATE JUDGE
                               EASTERN DISTRICT OF NEW YORK