# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CASE NO. 20-1269-JMC |
| EMERSON MARTINEZ-LARA | * |
| Defendant | * |

*******

## ORDER

Upon consideration of the Government's Motion to Unseal the Criminal Complaint made before me in Court in the captioned case, it is this ___14th___ day of May, 2020

**ORDERED**, that the captioned case be and it hereby is **UNSEALED.**

_____/s/ J. Mark Coulson_____
Honorable J. Mark Coulson
United States Magistrate Judge

